# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2026 KW 0617

**JUNE 29, 2026**

---

In Re:  Andrew D. Wetzel, applying for supervisory writs, 22nd
Judicial District Court, Parish of St. Tammany, No.
1077-F-2021.

---

**BEFORE:  McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a
copy of the district court's order of production.

                     **PMc**
                     **TPS**
                     **BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT